| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | APR 10 2009 |
| | | MOLLY C. DWYER, CLERK OF COURT<br>U.S. COURT OF APPEALS |

KAISER FOUNDATION HEALTH PLAN INC.,

      Plaintiff - Appellant,

  v.

ABBOTT LABORATORIES, INC.; GENEVA PHARMACEUTICALS TECHNOLGY CORPORATION,

      Defendants - Appellees.

No. 06-55687
D.C. No. CV-02-02443-JFW
Central District of California, Los Angeles

**MANDATE**

---

KAISER FOUNDATION HEALTH PLAN INC.,

      Plaintiff - Appellee,

  v.

ABBOTT LABORATORIES, INC.; GENEVA PHARMACEUTICALS TECHNOLGY CORPORATION,

      Defendants - Appellants.

No. 06-55748
D.C. No. CV-02-02443-JFW
Central District of California, Los Angeles

**MANDATE**

---

    The judgment of this Court, entered 1/13/09, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk